MD JS-6

**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Christopher M. Laquer, State Bar No. 68355
Jacqueline L. Norlin, State Bar No. 245840
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
E-mail: norlin@luch.com

Counsel for Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al.

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BASS TELECOM, a California corporation,<br><br>Defendant. | CASE NO. CV07-05933-JFW (PLAx)<br><br>ASSIGNED TO THE HONORABLE JUDGE JOHN F. WALTER<br><br>**[PROPOSED] JUDGMENT**<br>[Fed.R.Civ.Pro. 55(b)(2)]<br><br>DATE: January 28, 2008<br>TIME: 1:30 a.m.<br>COURTROOM: 16 |

Upon application by plaintiffs herein for a default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and it appearing to the Court that the defaults of Bass Telecom, a California corporation, was entered on October 24, 2007, in the office of the Clerk of this Court, and that no proceedings have been taken by the defendant since default was entered, and for good cause shown,

///
//
///

1

[Proposed] Judgment

113230.1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of Kern County Electrical Journeyman and Apprentice Training Trust, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Committee, and National Electrical Industry Fund, shall recover from Bass Telecom, a California corporation the principal amount of $45,980.38 (consisting of unpaid fringe benefit contributions of $34,934.94, prejudgment interest of $4,780.27, liquidated damages of $6,265.17), together with attorney's fees of $4,923.00, and costs of $950.78, plus post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

DATED: 1/23/08

UNITED STATES DISTRICT JUDGE

Presented by:
DATED: December 12, 2007

LAQUER URBAN CLIFFORD & HODGE LLP

By: _____
Christopher M. Laquer
Jacqueline L. Norlin
Attorneys for Plaintiffs. Trustees of the Southern California IBEW-NECA Pension Plan, et al.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is: 225 South Lake Avenue, Suite 200, Pasadena, California 91101-3030.

On December 12, 2007, I served the foregoing document(s) described below:

**[PROPOSED] JUDGMENT**

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

Bass Telecom, Inc.
6021 W. Fleming Road
Atwater, CA 95301

**XXX** (BY MAIL) I caused said envelope(s) with first class postage prepaid to be placed in the United States mail at Pasadena, California. (____ Express mail)

____ (BY PERSONAL SERVICE) I caused said envelope(s) to be delivered by hand to the office or the residence of the addressee as shown above.

____ (BY FACSIMILE TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

____ BY OVERNIGHT DELIVERY) I caused said envelope(s) with prepaid delivery charges to be placed in the UPS Box at Pasadena, California.

Executed on December 12, 2007, at Pasadena, California.

____ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**XXX** (FEDERAL) I declare that I am employed by a member of the Bar of this Court, and that this service was made under the supervision of said attorney.

Gayle Martinez

59633.1